**Order entered March 19, 2020**



## In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-20-00106-CV

**LAFAYETTE NELSON, III, Appellant**

**V.**

**EGYPTIAN MAGIC SKIN CREAM, LLC, Appellee**

**On Appeal from the 95th District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-16833**

### ORDER

Although appellant requested preparation of the reporter's record, the court reporter has provided the Court with written notice that no records were taken. Accordingly, we order this appeal be submitted without a reporter's record.

Appellant shall file his brief on the merits on or before April 20, 2020.

/s/     ERIN A. NOWELL
JUSTICE